# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| MARIA J. BALLI, | Case No.: 1:21-cv-00115-BLW-REP |
| Petitioner, | **REPORT AND RECOMMENDATION** |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Respondent. | |

## REPORT

Petitioner initiated this action on March 30, 2021.  Pet. for Review (Dkt. 1).  Following two Orders pertaining to service-related deficiencies (Dkts. 7 & 9) and an Order imposing a deadline on Petitioner to file her Opening Brief (Dkt. 14), Petitioner filed her Opening Brief on June 6, 2022 (Dkt. 15).

Respondent's July 6, 2022 Response Brief "concedes that the ALJ harmfully erred in his analysis of [Petitioner's] allegations" and requests that the action be remanded for further administrative proceedings.  (Dkt. 17 at 2).[1]  Any reply brief was due within 14 days thereafter. (Dkt. 2) ("That within fourteen (14) days after service of Respondent's brief, Petitioner may serve and file a reply brief.").  To date, Petitioner has not filed a reply brief.

## RECOMMENDATION

Based on the state of the parties' filings – in particular, Respondent's "Brief Requesting Remand" (Dkt. 17), IT IS HEREBY RECOMMENDED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42

---

[1]  Typically, these requests take the form of a stipulated motion for remand.  However, Petitioner appears pro se and, according to Respondent, she could not be reached for settlement negotiations.  (Dkt. 17 at 2, n.1).

**REPORT AND RECOMMENDATION - 1**

U.S.C. § 405(g).  On remand, the ALJ shall reconsider Petitioner's symptoms consistent with 20 C.F.R. §§ 404.1529, 416.929, and SSR 16-3p.  Furthermore, because this matter involves a claim for Supplemental Security Income under Title XVI of the Social Security Act, this case will require a new hearing, reconsideration of the sequential evaluation process as necessary, and a new decision.

Pursuant to District of Idaho Local Civil Rule 72.1(b)(2), a party objecting to a Magistrate Judge's recommended disposition "must serve and file specific, written objections, not to exceed twenty (20) pages . . . within fourteen (14) days . . ., unless the magistrate or district judge sets a different time period."  Additionally, the other party "may serve and file a response, not to exceed twenty (20) pages, to another party's objections within fourteen (14) days after being served with a copy thereof."

DATED:  August 4, 2022

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

**REPORT AND RECOMMENDATION - 2**