UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA J. BALLI,<br><br>      Petitioner,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Respondent. | Case No. 1:21-cv-00115-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

      Before the Court is a Report and Recommendation filed by United States Magistrate Judge Raymond E. Patricco. (Dkt. 18). On September 6, 2019, Petitioner protectively filed a concurrent application for Title II/Title XVI disability benefits. The application was denied upon initial review and on reconsideration. Petitioner then sought review by an Administrative Law Judge ("ALJ") who issued a decision denying the claim. Petitioner's timely request for review by the Appeals Council was denied, making the ALJ's decision the final decision of the Commissioner of Social Security. Petitioner then timely appealed that final decision to the Court.

      On August 4, 2022, United States Magistrate Judge Raymond E. Patricco issued a Report and Recommendation in this matter. (Dkt. 18). Pursuant to the

statute, Judge Patricco gave the parties time to file written objections to the Report and Recommendation. *See* 28 U.S.C. 636(b)(1)(C). No objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on August 4, 2022 (Dkt. 18) is INCORPORATED and ADOPTED in its entirety.

2. The Petition is GRANTED to the extent the Court will REVERSE and REMAND this matter for further administrative proceedings as specified in the Report and Recommendation. *See* Dkt. 18, at 1-2.

3. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: **August 24, 2022**

B. Lynn Winmill
U.S. District Court Judge